Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Kara Vanover,** Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiffs,<br><br>v.<br><br>**Excite Enterprises, LLC dba Savor Flavor Asia**, an Arizona limited liability corporation; **Rod Barnett,** an Arizona resident; and **Ngan Ngoc Barnett,** an Arizona resident;<br><br>Defendants. | Case No. 2:19-CV-05344-DLR<br><br><br><br>**STIPULATION FOR DISMISSAL**<br><br><br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

The parties hereby stipulate to the dismissal in the above captioned lawsuit. Each party will bear their own attorneys' fees and costs.

///

///

///

///

///

RESPECTFULLY SUBMITTED January 10, 2020.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiff

**STINSON LLP**

By: /s/ w/ permission Sharon Ng
1850 North Central Avenue, Suite 2100
Phoenix, AZ 85004
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke