IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kara Vanover,<br><br>        Plaintiff,<br><br>v.<br><br>Excite Enterprises LLC, et al.,<br><br>        Defendants. | No. CV-19-05344-PHX-DLR<br><br>**ORDER** |

    The Court has reviewed the parties' Stipulation for Dismissal. (Doc. 22.) For good cause shown,

    **IT IS ORDERED** that this case is dismissed, each party is to bear their own attorneys' fees and costs.

    Dated this 14th day of January, 2020.

Douglas L. Rayes
United States District Judge